IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ANDRES RODRIGUEZ, ALEX LOZOYA, ERIC LOZOYA, BENJAMIN LUNSFORD, INDIVIDUALLY and on BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    *Plaintiffs,*<br><br>v.<br><br>WTB LLC d/b/a WEST TEXAS BORING COMPANY LLC, CRAIG MORSE and MARK JONES,<br>    *Defendants*. | §§§§§§§§§§§§§§ | MO:23-CV-00112-DC |

## ORDER OF FINAL JUDGMENT

On May 5, 2025, the Court granted summary judgment and dismissed Plaintiffs' Fair Labor Standards Act claims because an exemption under the Motor Carrier Act precluded, as a matter of law, such claims from proceeding. As noted in the order, Plaintiffs' claims under the FLSA are dismissed with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 6th day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE