# MEADE | LAW | PLLC

*Business Trial Lawyers*

May 31, 2025

U.S. District Clerk's Office　　　　　　　　　　　　　　　　　　　　　　*Via ECM Filing*
200 East Wall, Room 222
Midland, Texas 79701

　　　　Re:　Cause No. 7:23-cv-00112-DC-RCG; *Andres Rodriguez, et al v. WTB LLC d/b/a WT Boring Company LLC, et al.*; pending in the United States District Court for the Western District of Texas, Midland/Odessa Division

U.S. District Clerk:

　　On behalf of Andres Rodriguez, Alex Lozoya, Eric Lozoya and Benjamin Lunsford, Plaintiffs in the above numbered and titled cause, please file this Rule 11 Agreement, comprising the attached email correspondence between the parties, resolving this case on April 28, 2025.

　　If you have any questions, please feel free to contact me at 713-398-0907 or via email at dawn@meade.law.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　MEADE Law, PLLC

　　　　　　　　　　　　　　　　　　*/s/ Dawn Meade*
　　　　　　　　　　　　　　　　　　Dawn Meade

cc:　Ms. Veronica T. Hunter　　　*Via E-Service* Veronica.Hunter@jacksonlewis.com
　　 JACKSON LEWIS P.C.
　　 717 Texas Avenue, Suite 1700
　　 Houston, TX 77002

6575 West Loop South, Suite 500　　　　　　　　　　　　　　　　Telephone (713) 398-0907
Bellaire, TX 77401　　　　　　　　　　　　　　　　　　　　　　Facsimile  (346) 388-0010
www.meade.law　　　　　　　　　　　　　　　　　　　　　　　Email   dawn@meade.law

**dawn@meade.law**

| | |
|---|---|
| **From:** | Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com> |
| **Sent:** | Friday, March 14, 2025 3:14 PM |
| **To:** | dawn@meade.law |
| **Subject:** | Rodriguez et al v. WTB |

Hi Dawn, I was going through my cases today and when I got to this one thought I would reach out to see if there is potential for resolution? My client hasn't said anything about it, and before I explore with them, I wanted to get your thoughts.



# Veronica T. Hunter
Attorney at Law

**Jackson Lewis P.C.**
93 Red River St.
Suite 1150
Austin, TX 78701
Direct: (303) 225-2419 | Main: (512) 362-7100 | (714) 692-0347

950 17th Street
Suite 2600
Denver, CO 80202

717 Texas Avenue
Suite 1700
Houston, TX 77002
Veronica.Hunter@jacksonlewis.com | www.jacksonlewis.com

**dawn@meade.law**

| | |
|---|---|
| **From:** | Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com> |
| **Sent:** | Wednesday, March 19, 2025 9:16 AM |
| **To:** | dawn@meade.law |
| **Subject:** | RE: Andres Rodriguez, et al v. WTB LLC d/b/a WT Boring Company LLC, et al. |

Thanks, Dawn. I will discuss with my client and let you know their response.



### Veronica T. Hunter
Attorney at Law

**Jackson Lewis P.C.**
93 Red River St.
Suite 1150
Austin, TX 78701
Direct: (303) 225-2419 | Main: (512) 362-7100 | (714) 692-0347

950 17th Street
Suite 2600
Denver, CO 80202

717 Texas Avenue
Suite 1700
Houston, TX 77002
Veronica.Hunter@jacksonlewis.com | www.jacksonlewis.com

**From:** dawn@meade.law <dawn@meade.law>
**Sent:** Tuesday, March 18, 2025 9:45 PM
**To:** Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com>
**Subject:** Andres Rodriguez, et al v. WTB LLC d/b/a WT Boring Company LLC, et al.

CONFIDENTIAL SETLEMENT COMMUNICATION

Veronica:

Sorry, I didn't mean to be trite in my response. I'm going to trial and am in prep mode….

When this case began, the Court ordered each side to make a settlement offer to the other. We made an offer of $1,604,339.22. We never received a counter. Of course, I added 2020 as the punitive year and doubled the overtime pay as set out by the statute.

For purposes of this communication, I'm using the numbers set forth in the offer, though we now know they worked far more overtime hours in 2021. I have removed the statutory doubling and the punitive year 2020, leaving only overtime as previously calculated remaining.

Andres Rodriguez and Ben Lunsford worked overtime hours as follows, with the overtime rate calculated as time and half on $48.08 per hour:

```
        2021                    2022

    $     72.12              $     72.12
    x    230                 x  1,615.38
    $16,587.60               $116,501.21
```

For the years 2021 and 2022, the total is: $133,088.81 each, which amounts to $266, 177.62 combined for Andres and Ben.

Eric Lozoya and Alex Lozoya worked overtime hours as follows, with the overtime rate calculated as time and half on $69.71per hour:

```
        2021                    2022
    $    104.56              $    104.56
    x       230              x  1,615.38
    $24,048.80               $168,904.13
```

For the years 2021 and 2022, the total owed is: $192,952,93 each, which amounts to $385,905.86 combined for Eric and Alex.

Thus, the offer for resolution is:

```
      $266, 177.62
    + $385,905.86
      $652,083.48
```

Sincerely,

*[signature: Dawn Meade]*

Dawn R. Meade
Meade Law, PLLC
6575 W. Loop S., Suite 500
Houston, TX 77401
Tel:  713-398-0907
Fax:  346-388-0010
dawn@meade.law
www.meade.law

3

**dawn@meade.law**

| | |
|---|---|
| **From:** | Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com> |
| **Sent:** | Monday, April 28, 2025 9:14 AM |
| **To:** | Dawn Meade |
| **Subject:** | RE: FLSA Case |

Thank you, Dawn. We will prepare the settlement papers and send to you.



# Veronica T. Hunter
## Attorney at Law

**Jackson Lewis P.C.**
93 Red River St.
Suite 1150
Austin, TX 78701
Direct: (303) 225-2419 | Main: (512) 362-7100 | (714) 692-0347

950 17th Street
Suite 2600
Denver, CO 80202

717 Texas Avenue
Suite 1700
Houston, TX 77002
Veronica.Hunter@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Dawn Meade <dawn@meade.law>
**Sent:** Monday, April 28, 2025 8:57 AM
**To:** Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com>
**Subject:** Re: FLSA Case

Veronica:

The Plaintiffs accept WTB's offer.  Please send me the settlement documents and we'll get this resolved.

Sincerely,

Dawn Meade
Sent from my iPhone

> On Apr 24, 2025, at 4:07 PM, Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com> wrote:
>
> Hi Dawn, I have discussed at length with my client and the most they are willing to offer is $60k.  I'm happy to discuss if you'd like.

1

**Veronica T. Hunter**
Attorney at Law

**Jackson Lewis P.C.**
93 Red River St.
Suite 1150
Austin, TX 78701
Direct: (303) 225-2419 | Main: (512) 362-7100 | (714) 692-0347

950 17th Street
Suite 2600
Denver, CO 80202

717 Texas Avenue
Suite 1700
Houston, TX 77002
Veronica.Hunter@jacksonlewis.com | www.jacksonlewis.com

**From:** dawn@meade.law <dawn@meade.law>
**Sent:** Wednesday, April 16, 2025 12:35 PM
**To:** Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com>
**Subject:** RE: FLSA Case

Veronica:

I left you a short message but determined that it's easier to shoot a short email.

I have not extended WTB's offer to my clients because it is going to cause a great deal of emotion and I want to avoid hours of discussion. Instead, I'd like to take a different tact. The $40k offer leaves them nothing really after expenses.

If you can get your client to pay $100k, then I will ensure my clients accept it, even if it means cutting the fee altogether. I really want them to get something out of this long journey. They are hard working people and I'd really rather go to them in the first instance with something I can sell, rather than have them upset, etc.

I'm behind my desk today, so feel free to call me. I've been in trial and am catching up, so if I don't answer it's because I'm on another line, and I will call you back.

Sincerely,

<image001.png>
Dawn R. Meade
Meade Law, PLLC

6575 W. Loop S., Suite 500
Houston, TX 77401
Tel:   713-398-0907
Fax:  346-388-0010
dawn@meade.law
www.meade.law

**From:** Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com>
**Sent:** Monday, April 14, 2025 1:50 PM
**To:** dawn@meade.law
**Subject:** RE: FLSA Case

Dawn, I am authorized to offer a total of $40,000 to resolve all plaintiffs' claims in exchange for a confidential global release.

Please let me know if you would like to discuss.

Best,

Veronica

### Veronica T. Hunter
Attorney at Law

**Jackson Lewis P.C.**
93 Red River St.
Suite 1150
Austin, TX 78701
Direct: (303) 225-2419 | Main: (512) 362-7100 | (714) 692-0347

950 17th Street
Suite 2600
Denver, CO 80202

717 Texas Avenue
Suite 1700
Houston, TX 77002
Veronica.Hunter@jacksonlewis.com | www.jacksonlewis.com

**From:** dawn@meade.law <dawn@meade.law>
**Sent:** Tuesday, April 8, 2025 6:42 PM

3

**To:** Hunter, Veronica T. (Austin) <Veronica.Hunter@jacksonlewis.com>
**Subject:** FLSA Case

Veronica:

One of my clients inquired about the status of the case today.  Where are we on settlement potential?

Sincerely,

<image001.png>
Dawn R. Meade
Meade Law, PLLC
6575 W. Loop S., Suite 500
Houston, TX 77401
Tel:   713-398-0907
Fax:  346-388-0010
dawn@meade.law
www.meade.law

4